UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. CALIP-FINLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, DISTRICT ATTORNEY,<br><br>        Defendant. | Case No.  14-cv-00486-MEJ<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This matter is currently scheduled for a Case Management Conference on May 1, 2014. However, as Plaintiff Latonya Calip-Finley's in forma pauperis application remains pending and Defendant has therefore not been served in accordance with Federal Rule of Civil Procedure 4, the Court VACATES the May 1 Conference pending resolution of Plaintiff's in forma pauperis application.

**IT IS SO ORDERED.**

Dated: April 28, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge