UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. CALIP-FINLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, DISTRICT ATTORNEY,<br><br>    Defendant. | Case No. 14-cv-00486-MEJ<br><br>**ORDER FOR CLERK OF COURT TO REASSIGN CASES** |
| LATONYA R. FINLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS REARDON, et al.,<br><br>    Defendants. | Related Case No. 14-cv-00908-MEJ |

On May 12, 2014, the Court related the above-captioned cases. However, Plaintiff Latonya R. Finley has filed a declination to proceed before a United States Magistrate Judge. (Dkt. No. 7 in C-14-0908 MEJ.) Accordingly, the Clerk of Court shall reassign both cases to a United States District Judge for disposition.

**IT IS SO ORDERED.**

Dated: May 13, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge