IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, | No. C -14-2472 (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| LATONYA RENA CALIP-FINLEY, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case, removed on May 29, 2014, to the Honorable Judge Charles Breyer to consider whether this case is related to <u>Latonya R. Finley v. Reardon, et al.</u>, 14-908 CRB, and <u>Latonya Rena Calip-Finley v. County of Alameda District Attorney</u>, et al., 14-486 CRB. Defendant shall file any response in opposition to or in support of relating the cases within seven (7) calendar days of the date of this Order.

**IT IS SO ORDERED.**

Dated: June 3, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge