IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. CALIP-FINLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF ALAMEDA, DISTRICT ATTORNEY, et al.,<br><br>    Defendants. | No. C14-00486 CRB<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |

Pro se Plaintiff Latony R. Calip-Finley filed suit against the County of Alameda and the District Attorney on January 31, 2014, alleging claims under the "1964 Civil Rights Act" and 42 U.S.C. § 1983. See generally Compl. (dkt. 1). The Court, on May 12, 2014, ordered Plaintiff to file an amended complaint by June 10, 2014. Order (dkt. 10) at 9. The Order made clear that failure to file an amended complaint by June 10, 2014 would result in dismissal of the case with prejudice. Id. Plaintiff failed to file an amended complaint. Therefore, the Court DISMISSES the case WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: July 11, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE